IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**     *
**Plaintiff**     *
    *
vs.     *    Cr. No.: 99-265-005 (CCC)
    *
**JORGE FEBRES-OSORIO,**     *
**T/N: JORGE LUIS FEBRES-OSARIO**     *
**Defendant**     *
****************************************

**MOTION REQUESTING MODIFICATION OF CONDITIONS**

TO THE HONORABLE CARMEN CONSUELO CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, MIRIAM FIGUEROA, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Jorge Febres-Osorio, who on November 16, 2001, was sentenced to sixty (60) months of imprisonment in the District of Puerto Rico after pleading guilty of violating Title 21, U.S. Code, Sections 846, to be followed by a four (4) year supervised release term. A special monetary assessment in the amount of $100.00 was imposed. A special condition for mandatory drug testing, and substance abuse treatment, if any positive tests are detected was also imposed. On January 15, 2004, Mr. Febres commenced his term of supervised release after being granted a relocation to the Middle District of Florida, to reside with family members in the Orlando area.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On October 10, 2004, Febres-Osorio was arrested by the Osceola County Sheriff's Office, for the offense of Driving Under the Influence of Alcohol. The case continues to be pending in the

Osceola County Traffic Court, under Docket No. 04-TC-005037, however, Febres-Osorio indicated that he intends to plead guilty to the DUI case, where he will most likely receive a sentence of county probation with mandatory DUI School, and a license suspension. As such, Febres-Osorio agreed with the modification of his conditions and signed the attached Waiver of Hearing to Modify Conditions of Supervised Release form. Mr. Febres-Osorio reported his arrest to his officer on a timely basis and has been extremely remorseful of his action.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Febres's conditions of supervision to include 100 hours of community service.

In San Juan, Puerto Rico, this 10th of March 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Miriam Figueroa
U.S. Probation Officer
Federal Office Building 150 Chardón Ave.
Office 400
Tel.: 787-281-4980
Fax: 787-766-5945
E-mail: miriamfigueroa@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 3, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Rose Vega and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Luis Lugo-Emmanuelli, Esq., P.O. Box 34, Fajardo, Puerto Rico 00738.

    At San Juan, Puerto Rico, March 10, 2005.

                                          s/Miriam Figueroa
                                          U.S. Probation Officer
                                          Federal Office Building 150 Chardón Ave.
                                          Office 400
                                          Tel.: 787-281-4980
                                          Fax:787-766-5945
                                          E-mail: miriamfigueroa@prp.uscourts.gov

MF/