PROB 49
(3/90)

# United States District Court

### Middle District of Florida

**Waiver of Hearing to Modify Conditions**
**of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall perform ___100___ hours of community service as directed by your United States Probation Officer.

Witness: _____
              U.S. Probation Officer

Signed: _____
              Probationer or Supervised Releasee

_____
              1/3/05
              Date