IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>MIGUEL A. VEGA-MORALES<br>ANGEL LUIS MARTINEZ-VAZQUEZ<br>LUZ M. PACHECO-RIVERA<br>MIGUEL A. MORALES-PEREZ<br>**JORGE FEBRES-OSORIO**<br>NANCY LANZA-MORALES<br>JAHAIDA SANTIAGO-LANZA<br><br>Defendants | CRIMINAL 99-0265CCC |

**O R D E R**

Having considered the Motion Requesting Modification of Conditions filed by U.S. Probation Officer Miriam Figueroa on March 10, 2005 (**docket entry 336**), and the Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision signed by defendant Jorge Febres-Osorio on January 3, 2005, which is attached to the Motion, the same is GRANTED. Accordingly, defendant's conditions of supervised release are modified to include the following additional condition:

"You shall perform 100 hours of community service as directed by your United States Probation Officer."

SO ORDERED.

At San Juan, Puerto Rico, on March 18, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge